**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **RACHEL DEPALMA,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-91 (MTT) |
| **SAMANTHA KERNS,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

The Court has ordered Plaintiff Rachel DePalma, Defendant Samantha Kerns, and Defendant Laurinda Kirk to show cause at hearings set for October 6, 2022, why they should not be sanctioned for litigation misconduct. Docs. 20; 21; 22. Once those hearings conclude, the depositions of DePalma, Kerns, and Kirk **SHALL** be conducted at the courthouse. The parties are further directed to review Standing Order 2022-03, available on the court's website, regarding courthouse entrance procedures due to COVID-19. Failure to comply with this order may result in sanctions and a finding of contempt.

**SO ORDERED**, this 21st day of September, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT