**DePalma v. Kerns, et al**  
**5:22-cv-91 (MTT)**



**Court's Exhibit List**

| NO. | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 1 | PowerPoint - TikTok Video Compilation | M. Treadwell |