IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RACHEL DEPALMA, | * |
| Plaintiff, | * |
| v. | Case No.  5:22-cv-91-MTT |
| | * |
| SAMANTHA KERNS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 21, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 22nd day of September, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk